## Henry S. Phelps and Elizabeth Phelps, Appellees, v. City of Pana, Appellant.

### (Not to be reported in full.)

Appeal from the Circuit Court of Christian county; the Hon. WILLIAM B. WRIGHT, Judge, presiding. Heard in this court at the April term, 1917. Reversed and remanded. Opinion filed October 11, 1917.

### Statement of the Case.

Trespass on the case by Henry S. Phelps and Elizabeth Phelps, plaintiffs, against the City of Pana, defendant, to recover damages alleged to have been caused by the maintenance of a nuisance on lands outside of the city limits. From a judgment for plaintiffs, defendant appeals. The facts involved were the same as those in *Morrell v. City of Pana, ante,* p. 609, except that there was evidence that defendant's city engineer permitted uncontaminated water from the city waterworks and filter to pass through one of the sewers in question for a time, but there was no evidence that he did so with the knowledge, consent or acquiescence of defendant.

E. E. DOWELL and L. G. GRIFFITH, for appellant; CARL PHILLIPS, of counsel.

LESLIE J. TAYLOR and C. E. SPRINGSTUN, for appellees; JAMES M. TAYLOR, of counsel.

MR. PRESIDING JUSTICE GRAVES delivered the opinion of the court.

### Abstract of the Decision.

MUNICIPAL CORPORATIONS, § 938*—*when city not liable for maintenance of nuisance by private individuals.* Held, following *Morrell v. City of Pana, ante,* p. 609, that defendant city was not liable for injuries caused by a nuisance maintained by private persons on land outside of the city limits.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.